UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

              -against-

RIGOBERTO CHARRIEZ,

                          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2024_____
```

24 Cr. 446 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On July 22, 2024, the Court ordered Defendant to file his sentencing submission by October 25, 2024.  Dkt. entry dated 7/22/2024.  That submission is now overdue.

       Accordingly, by **November 4, 2024**, Defendant shall file his sentencing submission.  By **November 7, 2024**, the Government shall file its submission.

       SO ORDERED.

Dated: October 29, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge