Case 1:24-cr-00446-AT   Document 28   Filed 11/05/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/5/2024__

# SAPONE & PETRILLO, LL

40 Fulton Street / 17th Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (212) 349-9003
E-mail: ed@saponepetrillo.com

November 4, 2024

**BY ECF**
The Honorable Analisa Torres
United States District Court for the
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

        *Re: United States v. Rigoberto Charriez*
            *No. 24-cr-446*

Dear Your Honor:

    I am counsel to Defendant Rigoberto Charriez in the above referenced case whose sentencing proceedings are scheduled to take place before Your Honor on November 12, 2024. I respectfully request an adjournment to December 12, 2024, or any further date convenient to the Court.

    The requested adjournment would allow me time to review Mr. Charriez's final PSR that was issued on October 31st, gather materials needed for defendant's sentencing submission, to complete my sentencing memorandum to the Court which will include detailed §3553(a) analyses, and to adequately prepare both him and myself for sentencing.

    The Government does not object to this request. Your Honor's consideration is very much appreciated.

GRANTED IN PART. Defendant's sentencing is adjourned from November 12, 2024, to **December 9, 2024**, at **11:30 a.m.** By **November 25, 2024**, Defendant shall file his sentencing submission. By **December 2, 2024**, the Government shall file its submission.

SO ORDERED.

Dated: November 5, 2024
       New York, New York

                                            _____
                                            ANALISA TORRES
                                         United States District Judge