UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RIGOBERTO CHARRIEZ,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2024

24 Cr. 446 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 26, 2024, the Court ordered Defendant to file his sentencing submission by December 6, 2024.  ECF No. 30.  That submission is now overdue.

Accordingly, by **December 10, 2024**, Defendant shall file his sentencing submission.  By **December 17, 2024**, the Government shall file its submission.

SO ORDERED.

Dated: December 9, 2024
       New York, New York

ANALISA TORRES
United States District Judge