UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

RIGOBERTO CHARRIEZ,

              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2024
```

24 Cr. 446 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Defendant's letter dated December 19, 2024. ECF No. 35. His motion to seal ECF No. 35-1 is GRANTED. The sentencing scheduled for December 20, 2024, is ADJOURNED to **January 6, 2025**, at **2:30 p.m.**

      SO ORDERED.

Dated: December 20, 2024
       New York, New York

ANALISA TORRES
United States District Judge